IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ERICA L. COOPER                                              PLAINTIFF

vs.                          Civil No. 04-6122

JO ANNE B. BARNHART,
Commissioner, Social Security Administration                 DEFENDANT

## **JUDGMENT**

Comes now the Court on this the 30th day of September, 2005, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders, and adjudges that the decision of the Commissioner of the Social Security Administration is affirmed and Plaintiff's Complaint is hereby dismissed with prejudice.

IT IS SO ORDERED.

                                                       /s/Bobby E. Shepherd
                                                       Honorable Bobby E. Shepherd
                                                       United States Magistrate Judge